UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN W. TARPLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-573-CAS |
| | ) |
| UNKNOWN STEPPS, UNKNOWN KEYS, | ) |
| UNKNOWN GIBBS, and UNKNOWN BRANDT, | ) |
| | ) |
| Defendants. | ) |

**ORDER OF PARTIAL DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that, as to defendants Unknown Keys, Unknown Gibbs, and Unknown Brandt, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 10TH day of May, 2005.

_____
**UNITED STATES DISTRICT JUDGE**