UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN W. TARPLEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:05-CV-573 CAS |
| RICHARD STEPPS, VIRGINIA LITTLETON, fka VIRGINIA GIBBS, DONNA BRAND, and RILEY KEYS, | ) |
| Defendants. | ) |

## PARTIAL JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that plaintiff's claims in Counts I and II of the Second Amended Complaint, alleging violations of his Fourth and Eighth Amendment rights, are **DISMISSED** and judgment is entered in favor of defendant Stepps on those claims.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  19th  day of March, 2007.